### S. M. YEAMANS, Appellant, v. H. LEPP et al., Respondents.

#### St. Louis Court of Appeals, May 16, 1899.

*Appeal from the Jefferson Circuit Court.*—HON. F. R. DEERING, Judge.

TRANSFERRED TO SUPREME COURT.

BLAND, P. J.—This court has no jurisdiction to hear and determine this appeal, for the reason that the action is to set aside a sheriff's deed conveying real estate, whereupon the cause is transferred to the supreme court. All the judges concur.